# United States District Court
## District of Maryland

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| Richard Anthony Wilford | Case No. MJG-01-0399 |

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Richard Anthony Wilford__
*Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with *(brief description of offense)*:

RECEIVED
U.S. MARSHAL
BALTIMORE, MD
2009 MAY 26 P 09

in violation of Title _____ United States Code, Section(s) _____

| FELICIA C. CANNON | CLERK, U.S. DISTRICT COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | May 26, 2009  Baltimore, Maryland |
| (By) Deputy Clerk | Date and Location |

Bail fixed at $ __NO RECOMMENDATION__   by __Marvin J. Garbis, USDJ__
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __101 W. Lombard St. Baltimore MD 21201__

| Date Received 5/26/9 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 5/29/9 | David Frost DUSM | *(signature)* |

U.S. DISTRICT COURT (Rev. 7/98)